UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE L. PAGANO** | : | Case Number 5:16-cv-04271-JFL |
|     **Plaintiff** | : | |
| | : | |
|     **vs.** | : | |
| | : | |
| **TRANS UNION, LLC, et. al.** | : | |
|     **Defendants** | : | |
| | : | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, KATHERINE L. PAGANO, and the defendant, QUALITY ASSET RECOVERY, LLC, that the above-entitled action is hereby dismissed <u>with prejudice</u> as to QUALITY ASSET RECOVERY, LLC only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. All parties hereby have Consented to this Stipulation.

        Vullings Law Group, LLC

BY: _/s/ Brent F. Vullings_____
        Brent F. Vullings, Esquire
        Attorney for Plaintiff

        Fineman Krekstein and Harris

BY: _/s/ Graeme Hogan_____
        Graeme Hogan, Esq.
        Attorney for Quality Asset Recovery, LLC

                                    IT IS SO ORDERED.

                                    _____
                                                  J.